UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

Case No. 6:22-cr-119-RBD-EJK
21 U.S.C. § 846

ALEXANDER ACOSTA-ZAPATA
FRANK CADIZ

**Filed Under Seal**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

JONATHAN ANDRES MARTE-RODRIGUEZ
JUAN FELIPE SANCHEZ
NIMESH RASHMIKANT PATEL
JOSEPH JUAN TORRES-TORRES
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**SEALED**

FILED 2022 AUG -3 PM 3:32

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**

Beginning on an unknown date, but not later than on or about October 21, 2021 and continuing through on or about August 3, 2022 in the Middle District of Florida, and elsewhere, the defendants,

ALEXANDER ACOSTA-ZAPATA,
FRANK CADIZ,
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
JONATHAN ANDRES MARTE-RODRIGUEZ,
JUAN FELIPE SANCHEZ,
NIMESH RASHMIKANT PATEL,
JOSEPH JUAN TORRES-TORRES,
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with intent to distribute controlled substances.

With respect to Defendant ACOSTA-ZAPATA, the violation involved five kilograms or more of a mixture and substance containing a detectible amount of cocaine and 400 grams or more of a mixture and substance containing an detectible amount of fentanyl, both schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

With respect to Defendants CADIZ and MARTE RODRIGUEZ, the violation involved five kilograms or more of a mixture and substance containing a detectible amount of cocaine, a schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

With respect to defendant ████████████, the violation involved 400 grams or more of a mixture and substance containing an detectible amount of fentanyl, both schedule II controlled substances, and is therefore punished under 21 U.S.C. § 841(b)(1)(A).

With respect to Defendant SANCHEZ, the violation involved 40 grams or more of a mixture and substance containing a detectible amount of fentanyl, a schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

With respect to Defendant PATEL, TORRES-TORRES, ████████, ████████ and ████████ the violation involved 500 grams or more of a mixture

and substance containing a detectible amount of cocaine, a schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(B).

All in violation of 21 U.S.C. §§ 841(a)(1) and 846.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 846, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: Dana E. Hill
Assistant United States Attorney

By: Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

4

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

## THE UNITED STATES OF AMERICA

vs.

ALEXANDER ACOSTA-ZAPATA
FRANK CADIZ

JONATHAN ANDRES MARTE-RODRIGUEZ
JUAN FELIPE SANCHEZ
NIMESH RASHMIKANT PATEL
JOSEPH JUAN TORRES-TORRES

## INDICTMENT

Violation: 21 U.S.C. § 846

A true bill.

_____
Foreperson

Filed in open court this 3rd day of August, 2022.

_____
Clerk

Bail $_____